UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 08-1163 (PAM/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      PLAINTIFF,  )<br>  )<br>V.  )<br>  )<br>$15,518.00 IN U.S. CURRENCY  )<br>US BANK MONEY MARKET SAVINGS  )<br>ACCOUNT IN THE AMOUNT OF  )<br>$18,627.20; US BANK CHECKING  )<br>ACCOUNT IN THE AMOUNT OF  )<br>$52,996.66; US BANK SAVINGS  )<br>CERTIFICATE IN THE AMOUNT OF  )<br>$4,695.96; UNIVERSITY BANK  )<br>CHECKING ACCOUNT IN THE  )<br>AMOUNT OF $3,958.39; AND  )<br>UNIVERSITY BANK SAVINGS  )<br>CERTIFICATE IN THE AMOUNT OF  )<br>$13,101.00,  )<br>  )<br>      DEFENDANTS.  ) | DEFAULT JUDGMENT AND<br>FINAL ORDER OF<br>FORFEITURE |

Based on the motion of the United States for an order granting default judgment against all unknown persons and entities having an interest in the defendant currency who have failed to file a verified statement of claim and answer, and for a final order of forfeiture forfeiting fifty-four thousand, four hundred forty-eight dollars and sixty-one cents ($54,448.61) of the defendant currency to the United States pursuant to the settlement entered between the Plaintiff and claimant Sonny Moore; and based on all the files and records

in this action, and on Court's finding as follows that:

1.  A verified Complaint for Forfeiture *In Rem* with supporting Affidavit Of Rich Peterson In Support of Complaint for Forfeiture *In Rem* was filed on April 28, 2008, alleging that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), and 18 U.S.C. § 981(a)(1)(A);

2.  On May 16, 2008, the Plaintiff served Barry Voss, as counsel for Sonny Moore, by certified mail with a copy of the Notice of Judicial Forfeiture Proceedings, the Verified Complaint, the Affidavit In Support of Complaint, and the Warrant of Arrest and Notice *In Rem*.

3.  On June 16, 2008, Sonny Moore filed a verified statement of interest for the defendant currency, and on July 2, 2008 filed an Answer To Complaint For Forfeiture In Rem.

4.  Notice of this forfeiture action was posted on an official government internet site (www.forfeiture.gov), and was also published in *Finance and Commerce*, Minneapolis, Minnesota.

5.  No other verified statement or answer to the Complaint for Forfeiture has been filed in response to the publication, other than the claim that has been filed by Sonny Moore, and the time for filing a verified statement and answer has expired.

6. On or about April 1, 2008, the Plaintiff and claimant Sonny Moore entered into a Stipulation for Settlement of Claim in this action.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. default judgment is entered against all unknown persons and entities having an interest in the defendant currency; and

2. all right, title and interest in fifty-four thousand, four hundred forty-eight dollars and sixty-one cents ($54,448.61) of the defendant currency is forfeited to and vested in the United States pursuant to 21 U.S.C. § 881(a)(6), and 18 U.S.C. § 981(a)(1)(A) for disposition in accordance with law; and

3. the remaining fifty-four thousand, four hundred forty-eight dollars and sixty cents ($54,448.60) of the defendant currency shall be returned to claimant Sonny Moore, through his attorney of record, as provided for in the Stipulation For Settlement Of Claim.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 22, 2009                     s/Paul A. Magnuson
                                        PAUL A. MAGNUSON, Judge
                                        United States District Court